**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 08-1492-VBF(MANx)**                                    Dated: **October 30, 2008**

Title:     Oseas Esequiel DZul Cetz, et al. -v- Plycon Van Lines, Inc.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

Rita Sanchez                                None Present
Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER: (1) DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT (docket #16); AND (2) SETTING STATUS CONFERENCE IN PLACE OF HEARING**

The Court has received Plaintiffs' Motion for Preliminary Approval of Class/Collective Action Settlement. For the following reasons, Plaintiffs' Motion is DENIED WITHOUT PREJUDICE and the hearing is taken off calendar. In lieu of the hearing on Plaintiffs' Motion, the Court sets a Status Conference for November 3, 2008 at 1:30 p.m.

MINUTES FORM 90                             Initials of Deputy Clerk   rs
CIVIL - GEN

      First, Plaintiffs have failed to give sufficient notice.  *See*  Local Rule 6-1.  Specifically, the hearing on Plaintiffs' Motion is noticed for November 3, 2008, but Plaintiffs did not file their Motion until October 29, 2008.  Second, as noted in Plaintiffs' Motion, Defendant has not signed the Joint Stipulation of Settlement.  (Motion at 30.)

IT IS SO ORDERED